# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Charlotte Division

FILED
CHARLOTTE, NC
SEP 14 2011
US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES OF AMERICA

V.

Truman Levy Lewis

JUDGMENT OF ACQUITTAL

CASE NUMBER: 3:11cr37

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged and any bond exonerated.

Signed: September 14, 2011

Title of Signing Officer
United States District Court